IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG <br><br> **This Document relates to:** <br><br> *City of Hialeah, Florida v. 3M Co., et al.*, No. 2:23-cv-01484 <br><br> *City of Tampa, Florida v. 3M Co., et al.*, No. 2:20-cv-01889 <br><br> *State of Alaska v. 3M Co., et al.*, No. 2:21-cv-02804 <br><br> *Commonwealth of Massachusetts v. 3M Co.*, et al., No. 2:22-cv-01649 <br><br> *State of New Hampshire v. 3M Co., et al.*, No. 2:19-cv-02285 <br><br> *Palm Beach County v. 3M Co. et al.*, No. 2:24-cv-06957 <br><br> *Howard County, Maryland v. 3M Co.*, et al., No. 2:23-cv-02463 <br><br> *City of Monroe v. 3M Co., et al.*, No. 2:21-cv-2464 <br><br> *City of Shreveport v. 3M Co., et al.*, No. 2:22-cv-04516 <br><br> *Town of Oxford, Indiana v. 3M Co.*, et al., No. 2:24-cv-01577 |

## **NOTICE OF APPEARANCE**

Please take notice that Anna Hrom of Williams & Connolly LLP hereby enters an appearance as additional counsel of record representing Tyco Fire Products LP and Chemguard,

Inc. in the above-captioned matters. She is admitted to the U.S. District Court for the District of Columbia. *See* CMO No. 1, ¶ 9.

Dated: September 22, 2025                By:   */s/ Anna Hrom*
                                                                                         Anna Hrom
                                                                                         Williams & Connolly LLP
                                                                                         680 Maine Avenue, S.W.
                                                                                         Washington, DC 20024
                                                                                         P: (202) 434-5296
                                                                                         F: (202) 434-5029
                                                                                         ahrom@wc.com

*Counsel for Tyco Fire Products LP and Chemguard, Inc.*