# EXHIBIT N

| | |
|---|---|
| **From:** | Andrew Croner |
| **To:** | Rottenberg, Daniel I.; Bulger, Richard F.; Alfermann, Tyler D.; Sean P. Murphy; Angie Marston; Peralta, Sobeida; Annika Misurya; Erica Holzer; Linden, Michael F.; Shayna E. Sacks |
| **Subject:** | RE: AFFF MDL CMO 32 - Standing Tampa/PBC M&C |
| **Date:** | Thursday, August 28, 2025 3:34:22 PM |
| **Importance:** | High |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



Dan,

Following up on our discussion earlier, the two individuals Palm Beach County has identified as most knowledgeable about the topics included in the 30(b)(6) notices that were served for the two Alaska sites are: (1) Justin Schainuck, Division Chief of Training; and (2) Wayne Chambers, Fire Rescue Materials Manager.  We are working on getting two dates we can provide where they can both be available to be deposed.  As mentioned on our earlier call, in identifying these individuals here we are not committing to both of them ultimately providing testimony at the Rule 30(b)(6) and reserve the right to make that decision as we get closer to the actual deposition date.

Please let us know if you have any questions or would like to discuss further.

Best,

Andrew

**Andrew Croner**
Partner



(212) 397-1000 Ext. 2573 | ACroner@NapoliLaw.com

360 Lexington Avenue, 11th Floor, New York, NY 10017 | vCard

Our Mission Statement

**Follow us on Social Media**

   

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended

-----Original Appointment-----
**From:** Rottenberg, Daniel I. <DRottenberg@jenner.com>
**Sent:** Wednesday, July 30, 2025 5:17 PM
**To:** Rottenberg, Daniel I.; Bulger, Richard F.; Alfermann, Tyler D.; Sean P. Murphy; Trey Frazer (trey@frazer.law); Jacob Schmidt; Andrew Croner; Angie Marston; Peralta, Sobeida; Annika Misurya; Erica Holzer; Linden, Michael F.
**Subject:** AFFF MDL CMO 32 - Standing Tampa/PBC M&C
**When:** Thursday, August 28, 2025 1:00 PM-1:30 PM (UTC-06:00) Central Time (US & Canada).
**Where:** https://jenner.zoom.us/j/6678443508?pwd=XqdaU1TqFS0rswhJ5otRXiok9NjxIQ.1&omn=88639959363&from=addon



Hi there,

Daniel Rottenberg is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Phone one-tap: | US: +13126266799,,6678443508# or +13017158592,,6678443508# or +19292056099,,6678443508# or +12532158782,,6678443508# or +13462487799,,6678443508# or +16699006833,,6678443508# United Kingdom: +441314601196,,6678443508# or +442034815237,,6678443508# or +442034815240,,6678443508# or +442080806591,,6678443508# or +442080806592,,6678443508# or +443300885830,,6678443508# |
| Meeting URL: | https://jenner.zoom.us/j/6678443508?pwd=XqdaU1TqFS0rswhJ5otRXiok9NjxIQ.1&omn=88639959363&from=addon |
| Meeting ID: | 667 844 3508 |
| Password: | 008346 |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

    US: +1 312 626 6799 or +1 301 715 8592 or +1 929 205 6099 or +1 253 215 8782 or +1 346 248 7799 or +1 669 900 6833
    United Kingdom: +44 131 460 1196 or +44 203 481 5237 or +44 203 481 5240 or +44 208 080 6591 or +44 208 080 6592 or +44 330 088 5830

| | |
|---|---|
| Meeting ID: | 667 844 3508 |
| Password: | 008346 |

International numbers

### Join from an H.323/SIP room system

| | |
|---|---|
| H.323: | 144.195.19.161 (US West) |
| | 206.247.11.121 (US East) |
| | 115.114.131.7 (India Mumbai) |
| | 115.114.115.7 (India Hyderabad) |
| | 159.124.15.191 (Amsterdam Netherlands) |
| | 159.124.47.249 (Germany) |
| | 159.124.104.213 (Australia Sydney) |
| | 159.124.74.212 (Australia Melbourne) |
| | 170.114.180.219 (Singapore) |
| | 64.211.144.160 (Brazil) |
| | 159.124.132.243 (Mexico) |
| | 159.124.168.213 (Canada Toronto) |
| | 159.124.196.25 (Canada Vancouver) |
| | 170.114.194.163 (Japan Tokyo) |
| | 147.124.100.25 (Japan Osaka) |
| Meeting ID: | 667 844 3508 |
| Password: | 008346 |
| SIP: | 6678443508@zoomcrc.com |
| Password: | 008346 |

### Andrew Croner
**Partner**
**Admitted in: NY, D.C., MD**



(212) 397-1000 | ACroner@NapoliLaw.com
360 Lexington Avenue, Eleventh Floor, New York, NY 10017 | vCard

Our Mission Statement

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

This e-mail and all other electronic (including voice) communications from the sender's firm are for informational purposes only. No such communication is intended by the sender to constitute either an electronic record or an electronic signature, or to constitute any agreement by the sender to conduct a transaction by electronic means. Any such intention or agreement is hereby expressly disclaimed unless otherwise specifically indicated.